

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Kenneth Dewayne Nelson, Appellant

No. 06-18-00134-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 17F-1101-005). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the judgment in this case to provide that this sentence will run concurrently, not cumulatively, with the sentences in the four companion cases, and we strike imposition of court costs in this case, for the reasons stated in cause number 06-18-00133-CR.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kenneth Dewayne Nelson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk